**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA,**

                **Plaintiff,**

vs.                                           3:14-CV-733

**ROBERT PALENCAR, d/b/a**
**Uptown Limousine Services,**

                **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


# DECISION & ORDER

## I. INTRODUCTION

This action was referred to the Hon. David E. Peebles, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to Magistrate Judge Peebles's Report and Recommendation [dkt. # 7] have been filed, and the time to do so has expired.

## II. DISCUSSION

After examining the record, this Court has determined that the Report and Recommendation is not subject to attack for plain error or manifest injustice.

## III. CONCLUSION

Accordingly, the Court **ADOPTS** the Report and Recommendation [dkt. # 7] for the reasons stated therein. Based on Plaintiff's failure to arrange for service of process on

1

Defendant, and in consideration of the factors relevant to dismissal under Rule 41(b) of the Federal Rules of Civil Procedure, the Plaintiff's complaint is **DISMISSED, WITHOUT PREJUDICE, FOR FAILURE TO PROSECUTE.**

**IT IS SO ORDERED.**

**Dated:** December 19, 2014

Thomas J. McAvoy
Senior, U.S. District Judge